# Court of Appeals
# of the State of Georgia

ATLANTA,___July 11, 2014_____

*The Court of Appeals hereby passes the following order:*

## A14A0579. OSBORN v. THE STATE.

This is the second time appellant Osborn has appeared before our Court. The record in this case was originally delivered to this Court from the Superior Court of White County in Case Number A12A0380, docketed on October 14, 2011. In that case, we reversed the judgment of the trial court and remanded the case with direction that the trial court hold a hearing to consider Osborn's motion for out-of-time appeal. The remittitur issued on May 29, 2012. The trial court subsequently held a hearing, granted the motion for out-of-time appeal, and denied Olson's motion for new trial. The instant appeal challenging the denial of the motion for new trial was docketed in this Court on November 25, 2013.

Pursuant to Court of Appeals Rule 42 (b), we recycle all records, record appendices, and transcripts one year after the remittitur has issued unless otherwise notified. If either party anticipates that a case will return to this Court, he or she "must notify the Clerk, in writing, to hold the record." Ct. of App. R. 42 (c). We were not notified to hold the record in this case and it has since been recycled.

In light of the breadth of materials involved, the indeterminate amount of time it will take to prepare and transmit the record to this Court, and the constitutional time restraints governing this Court's disposition of appeals, this case must be remanded to the Clerk of the Superior Court of White County until preparation of the appellate record is completed. When the record is complete, the matter may then be transmitted to and re-docketed with this Court. Upon re-docketing, briefing by the parties should proceed in accordance with Court of Appeals Rule 23.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 07/11/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*